UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GAIL STOIMENOFF,

      Plaintiff,                                  Case No. 2:23-CV-11863

v.                                                  Hon. Linda V. Parker

MANAGEABILITY INCORPORATED
and FDI GROUP,

      Defendants.
_____

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

This matter having come before the Court pursuant to the parties' stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that this matter in its entirety is dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that this is a final order and closes this case.

IT IS SO ORDERED.

                                                       s/ Linda V. Parker
                                                       LINDA V. PARKER
                                                       U.S. DISTRICT JUDGE

Dated: January 8, 2024

## **STIPULATION**

The parties, by and through their legal counsel, stipulate to the entry of this Order and approve it as to form and substance.

Respectfully submitted,

| | |
|---|---|
| /s/ Angela L. Walker | /s/ with consent of Michael S. Cafferty |
| Angela L. Walker (P67625) | Michael S. Cafferty (P36613) |
| Blanchard & Walker, PLLC | Attorneys for Defendants |
| Attorneys for Plaintiff | 333 West Fort Street Ste 1400 |
| 221 N. Main Street, Suite 300 | Detroit, MI 48226 |
| Ann Arbor, MI 48104 | (313) 964-3070 |
| (734) 929-4313 | mcaffe@aol.com |
| walker@bwlawonline.com | |